IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| AMY JACKSON,<br><br>Plaintiff,<br><br>v.<br><br>UNKNOWN DEFENDANTS,<br><br>Defendants. | 2:26-CV-169-Z-BR |

**ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION**

Before the Court are the Findings, Conclusions, and Recommendation ("FCR") of the United States Magistrate Judge to dismiss this case under Federal Rule of Civil Procedure 41(b) for want of prosecution. ECF No. 7. No objections to the FCR have been filed. After making an independent review of the pleadings, files, and records in this case, the District Judge concludes that the FCR of the Magistrate Judge is correct. It is therefore **ORDERED** that the FCR of the Magistrate Judge (ECF No. 7) is **ADOPTED** and the Complaint is **DISMISSED without prejudice**. The United States District Clerk is **DIRECTED** to close this case.

**SO ORDERED.**

October 13, 2026

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE